IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WBIP, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>KOHLER CO.,<br><br>      *Defendant*. | Civil Action No. 1:11-CV-10374-NMG<br><br>DEMAND FOR JURY TRIAL |

### DEFENDANT KOHLER CO.'S
### CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, defendant Kohler Co. ("Kohler") hereby states that it is a corporation organized under the laws of the State of Wisconsin. Kohler does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

- 2 -

Dated:  August 8, 2011					Respectfully submitted,

							*/s/ Sharada Devarasetty*
							Steven M. Bauer (BBO #542531)
							Sharada Devarasetty (BBO #672514)
							PROSKAUER ROSE LLP
							One International Place
							Boston, MA  02110-2600
							Telephone: (617) 526-9600
							Facsimile: (617) 526-9899
							sbauer@proskauer.com
							sdevarasetty@proskauer.com

							Attorneys for Plaintiff,
							*Kohler Co.*

## CERTIFICATE OF SERVICE

I, Sharada Devarasetty, Esq., hereby certify that on August 8, 2011, a copy of Kohler's Corporate Disclosure Statement was served via CM/ECF on all counsel of record for the Plaintiff.

							*/s/ Sharada Devarasetty*
							Sharada Devarasetty, Esq.