**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WBIP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KOHLER CO., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:11-cv-10374-NMG<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff WBIP, LLC ("WBIP") Answers Defendant Kohler Co.'s ("Kohler's") Counterclaims as follows:

**PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. WBIP Admits that this Court has subject matter jurisdiction over Kohler's counterclaims. Any and all remaining allegations of paragraph 3 are denied.

4. Admitted.

5. Admitted.

**COUNT I: DECLARATION OF NON-INFRINGEMENT**

6. See WBIP's responses to paragraphs 1-5 above, which are incorporated herein by reference.

7. Denied.

8. Admitted.

9. Denied that Kohler is entitled to such a Declaration.

## COUNT II: DECLARATION OF INVALIDITY

10. See WBIP's responses to paragraphs 1-9 above, which are incorporated herein by reference.

11. Denied.

12. Denied.

13. Denied that Kohler is entitled to such a Declaration.

## EXCEPTIONAL CASE

14. See WBIP's responses to paragraphs 1-13 above, which are incorporated herein by reference.

15. If WBIP prevails, WBIP contends that this case is exceptional under 35 U.S.C. § 285.  If Kohler prevails, then denied that this case is exceptional under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WBIP denies that Kohler is entitled to any of the requested relief and denies any allegations in Kohler's prayer for relief.

Respectfully Submitted,

Dated:  August 22, 2011   */s/ _David A. Simons_____*
Michael E. Zeliger (BBO # 633654)
David A. Simons (BBO # 638740)
Andrea B. Reed (BBO # 672321)
**K&L GATES LLP**
State Street Financial Center

One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175
Michael.Zeliger@klgates.com
David.Simons@klgates.com
Andrea.Reed@klgates.com

*Counsel for Plaintiff WBIP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

                                          */s/ David A. Simons*
                                          David A. Simons (BBO # 638740)