UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WBIP, LLC
                    Plaintiff(s)

                    v.                                    CIVIL ACTION NO.    11-10374-**NMG**

Kohler Co.
                    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

GORTON          , D.J.


X        **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
         and the jury has rendered its verdict.


☐        **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
         been tried or heard and a decision has been rendered.

         **IT IS  ORDERED AND ADJUDGED**

              **Judgment is hereby entered in favor of the Plaintiff, WBIP, LLC.**


                                                    SARAH A. THORNTON,
                                                    CLERK OF COURT

Dated: 5/21/13                                      By  /s/ Christine M. Patch
                                                    Deputy Clerk


NOTE:  The post judgment interest rate effective this date is .12      %.

(WBIP judgment.wpd - 3/7/2005)