AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Massachusetts

WBIP, LLC                        )
                                 )
v.                               )        Case No.: 1:11-cv-10374-NMG
KOHLER CO.                       )
                                 )

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___05/21/2013___ against ___Defendant Kohler Co.___ ,
                                                *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 13,195.26 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,706.05 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 23,251.31 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other: _____

        s/ Attorney:  ___/s/ David A. Simons_____

        Name of Attorney:  David A. Simons

For: _____Plaintiff WBIP, LLC_____   Date:  ___03/05/2014___
                   *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
    *Clerk of Court*                          *Deputy Clerk*              *Date*

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| WBIP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-10374-NMG |
| | ) | |
| KOHLER CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**WBIP'S ITEMIZATION OF BILL OF COSTS**

WBIP provides the following itemization of its Bill of Costs, and attaches supporting

documentation.

1.  <u>Fees of the Clerk</u>

| Date of Invoice or Bill | Description of Invoice or Bill | Issuer of Invoice or Bill | Amount Paid | Tab |
|---|---|---|---|---|
| 3/23/11 | Complaint filing fee | K&L Gates | $350.00 | 1 |
| **Total** | | | **$350.00** | |

2.  <u>Fees for printed or electronically recorded transcripts necessarily obtained for use in the case</u>

| Date of Invoice or Bill | Description of Invoice or Bill | Issuer of Invoice or Bill | Amount Paid | Tab |
|---|---|---|---|---|
| 3/26/12 | Deposition Transcript of Richard Locke (Locke I) | Legalink A. Merrill Co. | $1,695.90 | 2 |
| 11/28/12 | Deposition Transcript of John H. Westerbeke, Jr. | TSG Reporting, Inc. | $1,454.45 | 3 |
| 11/30/12 | Deposition Transcripts of Thomas Sutherland & Glenn Amber (Amber I) | TSG Reporting, Inc. | $648.35 | 4 |

| 11/30/12 | Deposition Transcripts of Gregory Haidemenos | TSG Reporting, Inc. | $990.80 | 5 |
|---|---|---|---|---|
| 12/4/12 | Deposition Transcript of James Carroll | DepoTexas, Inc. | $552.05 | 6 |
| 12/7/12 | Deposition Transcript of Erik Larson | TSG Reporting, Inc. | $569.55 | 7 |
| 12/9/12 | Deposition Transcript of Greg D. Klompenhouwer | Legalink, Inc. | $1,541.00 | 8 |
| 12/9/12 | Deposition Transcript of Brian Christensen | Legalink, Inc. | $364.60 | 9 |
| 12/15/12 | Deposition Transcript of Richard Koehl | Legalink, Inc. | $379.50 | 10 |
| 12/31/12 | Deposition Transcript of Paul Wareham | Drake Recording Services Ltd | $434.24 | 11 |
| 2/3/13 | Deposition Transcript of Robert M. Brooks | Legalink, Inc. | $1,721.07 | 12 |
| 2/18/13 | Deposition Transcript of Dr. Roy Epstein | TSG Reporting, Inc. | $649.70 | 13 |
| 2/18/13 | Deposition Transcript of Christopher C. Barry | TSG Reporting, Inc. | $648.10 | 14 |
| 3/6/13 | Prior Trial Testimony of James Sember | Janette M. Barry CCR | $170.00 | 15 |
| 3/7/13 Revised from 2/18/13 | Deposition Transcript of Glenn Amber (Amber II) | TSG Reporting, Inc. | $1,375.95 | 16 |
| **Total** | | | **$13,195.26** | |

3.   <u>Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case</u>

| Date of Invoice or Bill | Description of Invoice or Bill | Issuer of Invoice or Bill | Amount Paid | Tab |
|---|---|---|---|---|
| 10/31/11 | ESI Conversion to tiff images | K&L Gates | $63.34 | 1 |
| 11/29/11 | Scan of WBIP documents/CD for WBIP production | Key Discovery | $578.89 | 17 |
| 11/30/11 | ESI Conversion to tiff images | K&L Gates | $215.97 | 1 |
| 2/29/12 | ESI Conversion to tiff images | K&L Gates | $5.14 | 1 |
| 3/31/12 | ESI Conversion to tiff images | K&L Gates | $2.30 | 1 |
| 10/5/12 | Scan of WBIP documents for production | Key Discovery | $194.73 | 18 |

| 6/29/12 | Creation of CD Rom for production | K&L Gates | $75.00 | 1 |
|---|---|---|---|---|
| 6/30/12 | ESI Conversion to tiff images | K&L Gates | $42.42 | 1 |
| 10/29/12 | Creation of CD Rom for production | K&L Gates | $150.00 | 1 |
| 10/31/12 | ESI Conversion to tiff images | K&L Gates | $575.84 | 1 |
| 10/31/12 | ESI Conversion to tiff images | K&L Gates | $157.81 | 1 |
| 11/29/12 | Creation of CD Rom for production | K&L Gates | $100.00 | 1 |
| 11/30/12 | OCR Charges | K&L Gates | $224.06 | 1 |
| 11/30/12 | ESI Converstion to tiff images | K&L Gates | $210.76 | 1 |
| 11/30/12 | ESI Converstion to tiff images | K&L Gates | $514.42 | 1 |
| 2/28/13 | ESI Conversion to tiff images | K&L Gates | $1,562.41 | 1 |
| 3/31/13 | ESI Conversion to tiff images | K&L Gates | $223.21 | 1 |
| 3/31/13 | ESI Conversion to tiff images | K&L Gates | $98.90 | 1 |
| 4/29/13 | Color copying/ printing of trial exhibits | K&L Gates | $2,226.00 | 1 |
| 4/30/13 | ESI Conversion to tiff images | K&L Gates | $452.46 | 1 |
| 4/30/13 | Copies of witness binders and/or chalks for trial on 4/30/13 | Key Discovery | $427.03 | 19 |
| 4/30/13 | Copies of witness binders and/or chalks for trial on 4/30/13 | Key Discovery | $182.96 | 20 |
| 4/30/13 | Copies of witness binders and/or chalks for trial on 4/30/13 | Key Discovery | $586.37 | 21 |
| 5/6/13 | Copies of witness binders for trial on 5/6/13 | Key Discovery | $95.50 | 22 |
| 5/9/13 | Copies of witness binders for trial on 5/9/13 | Key Discovery | $364.38 | 23 |
| 5/9/13 | Copies of witness binders for trial | Key Discovery | $376.15 | 24 |
| **Total** | | | **$9,706.05** | |

1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/23/2011 | 5259 | Andrea B. Reed | 74h | 1 | $350.00 | $350.00 | Filing Fees - Andrea Reed  - Invoice |
| 3/25/2013 | | Invoice=2740263 | | 1 | $350.00 | $350.00 | #031011ARER dtd 03/10/11 re Pay D Mass. |
| | | | | | | | Complaint filing fee |
| | | Voucher=1332224 Paid | | | | | Vendor=Andrea Reed  Balance=.00  Amount= 350.00 |
| | | | | | | | Check #82827  03/25/2011 |

REDACTED

**REDACTED**

| 10/31/2011 | 20999 | KL GATES - SEATTLE | 165 | 1 | $63.34 | ESI Conversion: Convert 902 pages to TIFF |
| 3/25/2013 | | Invoice=2740263 | | 1 | $63.34 | Images @ $0.05/page ($45.10); OCR 461 pages @ |
| | | | | | | $0.02/page ($9.22); Stamp 902 pages @ |
| | | | | | | $0.01/page ($9.02): 63.34` |

**REDACTED**

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/30/2011 | 20999 | KL GATES - SEATTLE | 165 | 1 | $215.97 | ESI Conversion: Convert 3101 pages to TIFF |
| 3/25/2013 | | Invoice=2740263 | | 1 | $215.97 | Images @ $0.05/page: $155.05' |
| | | | | | | OCR 3046 pages @ $0.02/page: $60.92 |

**REDACTED**

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/29/2012 | 20999 | KL GATES - SEATTLE | 165 | 1 | $5.14 | ESI Conversion: Convert 0.000800781 GB to T |
| 3/25/2013 | | Invoice=2740263 | | 1 | $5.14 | Images @ $550/GB ($0.44); OCR 225 pages @ |
| | | | | | | $0.02/page ($4.50); Stamp 20 pages @ |
| | | | | | | $0.01/page ($0.20): $5.14 |

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 3/31/2012 | 20999 KL GATES - SEATTLE | 165 | | | |
| 3/25/2013 | Invoice=2740263 | 1 | $2.30 | $2.30 | ESI Conversion: Convert 0.004179688 GB to T |
| | | 1 | $2.30 | $2.30 | Images @ $550/GB ($2.30): $2.30 |

REDACTED

REDACTED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/29/2012 | 20999 | KL GATES - SEATTLE | 143t | | 3 | $25.00 | $75.00 | CD ROM Expenses - 12330 |
| 3/25/2013 | | Invoice=2740263 | | | 3 | $25.00 | $75.00 | |
| 6/30/2012 | 20999 | KL GATES - SEATTLE | 165 | | 1 | $42.42 | $42.42 | ESI Conversion: Convert 0.071630859 GB to T |
| | | | | | | | | images @ $550/GB: $39.40' |
| | | | | | | | | OCR 151 pages @ $0.02/page: $3.02 |

REDACTED

REDACTED

| Date | | | | | | | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 10/29/2012 | 20999 | KL GATES - SEATTLE | | 143t | | 6 | $25.00 | $150.00 | CD ROM Expenses 12490 |
| 10/31/2012 | 20999 | KL GATES - SEATTLE | | | 165 | 1 | $575.84 | $575.84 | ESI Conversion: Convert 0.967861328 GB to T |
| | | | | | | | | | images @ $550/GB: $532.32` |
| | | | | | | | | | OCR 2176 pages @ $0.02/page: $43.52 |
| 10/31/2012 | 20999 | KL GATES - SEATTLE | | | 165 | 1 | $157.81 | $157.81 | ESI Conversion: Convert 1.578125 GB to TIFF |
| | | | | | | | | | images @ $100/GB: $157.81 |

REDACTED

REDACTED

| Date | | | | | | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/2012 | 20999 | KL GATES - SEATTLE | 143t | | | 4 | $25.00 | $100.00 | CD ROM Expenses - 12526 |
| 11/30/2012 | 20999 | KL GATES - SEATTLE | | 165 | | 1 | $224.06 | $224.06 | OCR 11,203 pages @ $0.02/page: $224.06 |
| 11/30/2012 | 20999 | KL GATES - SEATTLE | | 165 | | 1 | $210.76 | $210.76 | ESI Conversion: Convert 0.421525955 GB to T Images @ $500/GB: $210.76 |
| 11/30/2012 | 20999 | KL GATES - SEATTLE | | 165 | | 1 | $514.42 | $514.42 | ESI Conversion: Convert 0.226972656 GB to T Images @ $550/GB: $124.83 |
| | | | | | | | | | OCR 9120 pages @ $0.02/page: $182.40` |
| | | | | | | | | | ESI Conversion: 20719 Stamps @ $0.01/Stamps: |
| | | | | | | | | $207.19 | |

REDACTED

| 2/28/2013 | 20999 | KL GATES - SEATTLE | 165 | 1 | $1,562.41 | $1,562.41 | ESI Conversion: Convert 2.454228516 GB to T images @ $550/GB: $1349.83 OCR 10629 pages @ $0.02/page: $212.58 |

REDACTED

| 3/31/2013 | 20999 | KL GATES - SEATTLE | | 165 | 1 | $223.21 | $223.21 | ESI Conversion: Convert 0.346533203 GB to T images @ $550/GB ($190.59); OCR 1,631 pages @ $0.02/page ($32.62); $223.21 |

| 3/31/2013 | 20999 | KL GATES - SEATTLE | 165 | 1 | $98.90 | $98.90 | ESI Conversion: Convert 4945 pages of single-page TIFF to multi-page PDF @ $0.02/page: $98.90 |
|---|---|---|---|---|---|---|---|

REDACTED

| 4/29/2013 | 20470 | KL GATES - SEATTLE | 24t | | 1 | $2,226.00 | $2,226.00 | Color Copying/Printing |
| 4/30/2013 | 20999 | KL GATES - SEATTLE | | 165 | 1 | $452.46 | $452.46 | ESI Conversion: Convert 0.769208984 GB to T images @ $550/GB: $423.06' OCR 1470 pages @ $0.02/page: $29.40 |

**REDACTED**

2

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046813 | 03/26/2012 | 1201-88320 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/07/2012 | ROTHDE | 1:11-cv-10374-N |

| CASE CAPTION |
|---|
| "WBIP, LLC v. Kohler Co." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

David A. Simons
K & L Gates
One Lincoln Street
Boston, MA 02111

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Richard Locke                                                    1,695.90

                                        TOTAL  DUE  >>>>       1,695.90

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

TAX ID NO.:  20-2665382

*Please detach bottom portion and return with payment.*

David A. Simons
K & L Gates
One Lincoln Street
Boston, MA 02111

Invoice No.:  12046813
Date      :  03/26/2012
**TOTAL DUE :   1,695.90**

Job No.   :  1201-88320
Case No.  :  1:11-cv-10374-NMG
"WBIP, LLC v. Kohler Co."

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

3



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 111412-307571

**Bill To:**
David A. Simons Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA  02111

| | |
|---|---|
| **CASE:** | WBIP v. Kohler |
| **WITNESS:** | John H. Westerbeke, Jr. |
| **DATE:** | 11/14/2012 |
| **LOCATION:** | Boston, MA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 302 | $3.25 | $981.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 823 | $0.15 | $123.45 |
| Exhibits - Scanned & Hyperlinked - Color | 233 | $1.50 | $349.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,454.45 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,484.45 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

4



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 11/30/2012
INVOICE # 110912-307990

**Bill To:**    David A. Simons Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA  02111

**CASE:**        WBIP v. Kohler
**WITNESS:**     Thomas Sutherland / Glenn Amber
**DATE:**        11/9/2012
**LOCATION:**    Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 164 | $3.25 | $533.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 309 | $0.15 | $46.35 |
| Exhibits - Scanned & Hyperlinked - Color | 46 | $1.50 | $69.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $648.35 |
|  | | SHIPPING & HANDLING | $30.00 |
|  | | TOTAL | $678.35 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



5



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 11/30/2012
INVOICE # 110812-307987

**Bill To:**
David A. Simons Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA 02111

**CASE:** WBIP v. Kohler
**WITNESS:** Gregory Haidemenos - Individual & 30b6 of WBIP
**DATE:** 11/8/2012
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 190 | $3.25 | $617.50 |
| Rough ASCII | 190 | $1.45 | $275.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 422 | $0.15 | $63.30 |
| Exhibits - Scanned & Hyperlinked - Color | 23 | $1.50 | $34.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $990.80 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,020.80 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

6

# INVOICE

DepoTexas - San Antonio
100 NE Loop 410, Suite 540
San Antonio, TX 78216
Phone:210-481-7575   Fax:210-481-5252

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 251957 | 12/4/2012 | 151855 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 1:11-CV-10374-NMG | |
| **Case Name** | | |
| WBIP vs. Kohler Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael Zeliger
K&L Gates
630 Hansen Way
Palo Alto, CA  94304

*1547630*

1 COPY OF TRANSCRIPT OF:
   James N. Carroll

|  | 552.05 |
|---|---|
| **TOTAL DUE  >>>** | **$552.05** |
| AFTER 1/3/2013  PAY | $585.17 |

Thank you. We appreciate your business.

K&L GATES LLP A/P

FEB 05 2013

RECEIVED

**Invoice Approval**
Charge Acct: *14 02028 · 1*
OK to Pay: *_____*
Date: *2/4/13*

*14033*

Tax ID: 76-0328576

Phone: 650-798-6700   Fax:

7



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/7/2012
INVOICE # 112012-307728

**Bill To:**   David A. Simons Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA 02111

CASE:        WBIP v. Kohler
WITNESS:     Erik Larson
DATE:        11/20/2012
LOCATION:    Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 120 | $3.25 | $390.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 447 | $0.15 | $67.05 |
| Exhibits - Scanned & Hyperlinked - Color | 75 | $1.50 | $112.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $569.55 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $599.55 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

8

# MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049358 | 12/09/2012 | 1207-89981 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/08/2012 | REPOBA | 1:11-cv-10374-N |

| CASE CAPTION |
|---|
| WBIP, LLC v. Kohler Co. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael Zeliger, Esq.
K&L Gates
One Lincoln Street
State Street Financial Center
Boston, MA 02111-2950

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:

| | | | |
|---|---|---|---|
| Greg D. Klompenhouwer-HIGHLY CONFIDENTIA | 184 Pages @ | 6.70/Page | 1,232.80 |
| ATTENDANCE | | | 180.00 |
| TotalTranscript | | | 45.00 |
| TotalTranscript Exhibits | 416.00 Pages @ | .20/Page | 83.20 |
| Production / Archiving | | | 50.00 |
| Shipping / Handling | | | 40.00 |

**TOTAL DUE >>>>**   **1,631.00**

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Sheboygan WI

TAX ID NO.: 20-2665382                          (617) 951-9000

*Please detach bottom portion and return with payment.*

Michael Zeliger, Esq.
K&L Gates
One Lincoln Street
State Street Financial Center
Boston, MA 02111-2950

Invoice No.:  12049358
Date      :  12/09/2012
**TOTAL DUE** :  **1,631.00**


Job No.   :  1207-89981
Case No.  :  1:11-cv-10374-NMG
WBIP, LLC v. Kohler Co.

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

9

# MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 817.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049359 | 12/09/2012 | 1207-89980 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/06/2012 | REPOBA | 1:11-cv-10374-N |

| CASE CAPTION |
|---|
| WBIP, LLC v. Kohler Co. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael Zeliger, Esq.
K&L Gates
One Lincoln Street
State Street Financial Center
Boston, MA 02111-2950

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Richard Locke                       76 Pages @      5.80/Page         440.80
        TotalTranscript                                                  45.00
        TotalTranscript Exhibits   161.00 Pages @       .20/Page         32.20

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Michael Nett                        62 Pages @      6.40/Page         396.80
        TotalTranscript                                                  45.00
        TotalTranscript Exhibits    84.00 Pages @       .20/Page         16.80

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Brian Christensen                   18 Pages @      5.80/Page         104.40
        ATTENDANCE                                                      215.00
        TotalTranscript                                                  45.00
        TotalTranscript Exhibits                                           .20
        Production / Archiving                                          50.00
        Shipping / Handling                                             40.00
                                                                   _____
                              TOTAL   DUE   >>>>                      1,431.20
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Sheboygan WI

TAX ID NO.: 20-2665382                                          (617) 951-9000

---

*Please detach bottom portion and return with payment.*

Michael Zeliger, Esq.
K&L Gates
One Lincoln Street
State Street Financial Center
Boston, MA 02111-2950

Invoice No.:  12049359
Date      :  12/09/2012
**TOTAL DUE**  :    **1,431.20**

Job No.   :  1207-89980
Case No.  :  1:11-cv-10374-NMG
WBIP, LLC v. Kohler Co.

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

10

# MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049456 | 12/15/2012 | 1201-90040 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/14/2012 | DAYRUT | 1:11-cv-10374-N |

| CASE CAPTION |
|---|
| WBIP, LLC v. Kohler Co. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael Zeliger, Esq.
K&L Gates
One Lincoln Street
State Street Financial Center
Boston, MA 02111-2950

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Richard R. Koehl

| | | | |
|---|---|---|---|
| | 90 Pages @ | 3.65/Page | 328.50 |
| TotalTranscript | | | 45.00 |
| TotalTranscript Exhibits | 30.00 Pages @ | .20/Page | 6.00 |
| Production / Archiving | | | 50.00 |
| Shipping / Handling | | | 40.00 |

**TOTAL  DUE  >>>>**    **469.50**

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO. :  20-2665382                                    (617) 951-9000

*Please detach bottom portion and return with payment.*

Michael Zeliger, Esq.
K&L Gates
One Lincoln Street
State Street Financial Center
Boston, MA 02111-2950

Invoice No.:  12049456
Date      :  12/15/2012
**TOTAL  DUE  :**      **469.50**

Job No.   :  1201-90040
Case No.  :  1:11-cv-10374-NMG
WBIP, LLC v. Kohler Co.

Remit To:  **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# 11



**drake**
recording
services
limited

1592 Oxford Street
Halifax, NS B3H 3Z4
www.drakerecording.com
tel (902) 421-1913
fax (902) 422-6336

To:  Mr. David Simons
     K&L Gates LLP
     State Street Financial Center
     One Lincoln Street
     Boston, MA  02111-2950

# INVOICE

| | |
|---|---|
| INVOICE NO: | D-48891 |
| DATE: | 31Dec2012 |
| FILE NO: | 12-745 |
| CLIENT NO: | USA043 |

Re:             WBIP v Kohler
Date of Service:  Tues. Dec 18, 2012

HST Reg: R 126571421

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | Transcript 128 pgs @ $2.95 ea. (delivered electronically) | | 377.60 |
| | | HST | | 56.64 |

COMMENTS

Untranscribed recordings are archived for a maximum of five years.  Terms: Net 30 days, 2% per month late payment charge.

**TOTAL**  ▶   434.24

12

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049832 | 02/03/2013 | 1201-90408 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/23/2013 | DAYRUT | 1:11-cv-10374-N |

| CASE CAPTION |
|---|
| WBIP, LLC v. Kohler Co. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

David A. Simons
K & L Gates
One Lincoln Street
Boston, MA 02111

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    ROBERT M. BROOKS - HIGHLY CONFIDENTIAL                          1,721.07

                                        TOTAL   DUE   >>>>          1,721.07

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

*DAVID Simons*

Cost Type: *8/h* Atty ID: *5973* Approved By: *Day*
Client ID: *1402028. 0000l* Date: *2/13/13*
Client Name: *Westerbcke corporation*

For Accounting Use

Voucher #: _____ Vendor: _____ Due Date: _____
G/L Account: _____ Check #: _____

**TAX ID NO. :**  20-2665382

*Please detach bottom portion and return with payment.*

David A. Simons
K & L Gates
One Lincoln Street
Boston, MA 02111

```
Invoice No.:  12049832
Date       :  02/03/2013
TOTAL DUE  :    1,721.07


Job No.   :  1201-90408
Case No.  :  1:11-cv-10374-NMG
WBIP, LLC v. Kohler Co.
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

13



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 2/18/2013
INVOICE # 012213-401442

**Bill To:**   Michael E. Zeliger Esq.
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

| | |
|---|---|
| **CASE:** | WBIP v. Kohler |
| **WITNESS:** | Dr. Roy Epstein |
| **DATE:** | 1/22/2013 |
| **LOCATION:** | Boston, MA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 173 | $3.25 | $562.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 173 | $0.15 | $25.95 |
| Exhibits - Scanned & Hyperlinked - Color | 41 | $1.50 | $61.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $649.70 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $664.70 |

*1559055*

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

K&L GATES LLP A/P

MAR 14 2013

RECEIVED

**Invoice Approval**
Charge Acct: *1402 028 - 1*
OK to Pay:
Date:

*14033*

14



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/18/2013
**INVOICE #** 012213-401443

**Bill To:**  Michael E. Zeliger Esq.
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

**CASE:** WBIP v. Kohler
**WITNESS:** Christopher C. Barry
**DATE:** 1/22/2013
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

*1559066*

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 145 | $4.50 | $652.50 |
| Reporter Appearance Fee / Session | 1 | $45.00 | $45.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 154 | $0.15 | $23.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 145 | -$0.50 | -$72.50 |
| | | **SUBTOTAL** | $648.10 |
| | | **SHIPPING & HANDLING** | $15.00 |
| | | **TOTAL** | $663.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

K&L GATES LLP A/P

MAR 14 2013

RECEIVED

**Invoice Approval**
Charge Acct: _14702028 -1_
OK to Pay: _____
Date: _____ 3/7/13

14033

15

07/12/2013

Janette M. Barry, CCR
1717 Moro Avenue
Granite City, IL  62040
PH:  (314) 589-6052

SS#

INVOICE

March 6, 2013

Ms. Andrea B. Reed
K&L Gates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

RE:  Carolyn Neidholdt v. Corley, et al.
Cause No. 002-06904

Trial Testimony of James Sember heard in the above cause on Friday, March 21, 2003,
before The Honorable Michael B. Calvin, Div. 22:

OVERNIGHT DELIVERY

170pp @ $1.00 per page................................................ $170.00
Shipping & Handling...................................................    20.00

TOTAL DUE:     $ 190.00

Copy

16



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/18/2013
**INVOICE #** 012513-401447

**REVISED 3/7/2013**

**Bill To:**   David A. Simons Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA  02111

**CASE:**   WBIP v. Kohler
**WITNESS:**   Glenn M. Amber
**DATE:**   1/25/2013
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 265 | $3.25 | $861.25 |
| Certified Transcript - Evening Pages | 25 | $1.25 | $31.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1233 | $0.15 | $184.95 |
| Exhibits - Scanned & Hyperlinked - Color | 398 | $1.50 | $597.00 |
| Exhibits - Scanned & Hyperlinked - Color - Discount | 398 | -$0.75 | -$298.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,375.95 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,405.95 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

17



230 Congress
Street, 6th Floor
Boston, MA 02110

# Invoice

617-348-9360



| Date | Invoice # |
|------|-----------|
| 11/29/2011 | 1111259 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 11/29/2011 |

**Bill To**

K&L Gates
Christine M. Dolan
One Lincoln Street
Boston, MA 02111-2950

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 11/10/2011 | NOV141 | 0434430.00116 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Anna Friedman |

| Description | Qty | Unit Price | Amount |
|-------------|-----|-----------|--------|
| Scan, Heavy Litigation | 3,098 | 0.17 | 526.66 |
| Batch Coding | 3,098 | 0.01 | 30.98 |
| CD Master | 1 | 20.00 | 20.00T |
| Sales Tax | | 6.25% | 1.25 |
| Pay your bills online at: https://www.intuitbillpay.com/keydiscovery2 | | | |

| | | |
|---|---|---|
| Thank you for your business. | **Total** | $578.89 |
| Payment is due upon receipt. Late charges may be applied on past due balances. | **Payments/Credits** | $-578.89 |
| Tax ID # 26-2053106 | **Balance Due** | $0.00 |

18



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice


PAID
10/22/2012

| Date | Invoice # |
|------|-----------|
| 10/5/2012 | 1210058 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 10/5/2012 |

**Bill To**

K&L Gates
Christine M. Dolan
One Lincoln Street
Boston, MA 02111-2950

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 10/4/2012 | OCT090 | 1402028.00001 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Ray Cahill |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| Scan, Heavy Litigation | 692 | 0.17 | 117.64 |
| Scan, 11x17 | 6 | 0.25 | 1.50 |
| Scan, Oversize B&W (1 - 18" x 24" = 3 Sq. Ft.) | 3 | 0.49 | 1.47 |
| Scan, Color | 47 | 0.49 | 23.03 |
| OCR | 746 | 0.04 | 29.84 |
| CD Master | 1 | 20.00 | 20.00T |
| Sales Tax | | 6.25% | 1.25 |
| Pay your bills online at: https://www.intuitbillpay.com/keydiscovery2 | | | |

| Thank you for your business. | **Total** | $194.73 |
|------------------------------|-----------|---------|
| Payment is due upon receipt. Late charges may be applied on past due balances. | **Payments/Credits** | $-194.73 |
| Tax ID # 26-2053106 | **Balance Due** | $0.00 |

19



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2013 | 1304385 |

| Bill To |
|---|
| K&L Gates
Christine M. Dolan
One Lincoln Street
Boston, MA 02111-2950 |

| Terms | Due Date |
|---|---|
| Due on receipt | 4/30/2013 |

| Project Received | Project # | Client Matter # |
|---|---|---|
| 4/29/2013 | APR443 | 1402028.00001 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Stacy Duffy |

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| Copy, Medium Litigation | 1,413 | 0.15 | 211.95T |
| Color Copies | 141 | 0.79 | 111.39T |
| Tabs | 96 | 0.35 | 33.60T |
| 3-ring binder (2") | 3 | 14.99 | 44.97T |
| Sales Tax | | 6.25% | 25.12 |
| Pay your bills online at:
https://www.intuitbillpay.com/keydiscovery | | | |

| Thank you for your business. | **Total** | $427.03 |
|---|---|---|
| Payment is due upon receipt.
Late charges may be applied on past due balances. | **Payments/Credits** | $0.00 |
| Tax ID # 26-2053106 | **Balance Due** | $427.03 |

20



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2013 | 1304401 |

| Bill To |
|---|
| K&L Gates
Christine M. Dolan
One Lincoln Street
Boston, MA 02111-2950 |

| Terms | Due Date |
|---|---|
| Due on receipt | 4/30/2013 |

| Project Received | Project # | Client Matter # |
|---|---|---|
| 4/29/2013 | APR452 | 1402028.0001 |
| **Case Name** | **Reference #** | **Contact Name** |
|  |  | Stacy Duffy |

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| Copy, Heavy Litigation | 744 | 0.17 | 126.48T |
| Tabs | 45 | 0.35 | 15.75T |
| 3-ring binder (1") | 3 | 9.99 | 29.97T |
| Sales Tax |  | 6.25% | 10.76 |
| Pay your bills online at:
https://www.intuitbillpay.com/keydiscovery |  |  |  |

| Thank you for your business. | **Total** | $182.96 |
|---|---|---|
| Payment is due upon receipt.
Late charges may be applied on past due balances. | **Payments/Credits** | $0.00 |
| Tax ID # 26-2053106 | **Balance Due** | $182.96 |

21



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2013 | 1304386 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 4/30/2013 |

| Bill To |
|---------|
| K&L Gates<br>Christine M. Dolan<br>One Lincoln Street<br>Boston, MA 02111-2950 |

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 4/29/2013 | APR438 | |
| **Case Name** | **Reference #** | **Contact Name** |
| WBIP Trial | | Stacy Duffy |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| B&W Oversize (2 - 24" x 36" = 12 Sq. Ft.) | 12 | 0.99 | 11.88T |
| Mounting per Sq. Ft. | 12 | 6.50 | 78.00T |
| Overlay Transparency | 12 | 7.00 | 84.00T |
| Color Oversize (3 - 24" x 36" = 18 Sq. Ft.) | 18 | 14.50 | 261.00T |
| Mounting per Sq. Ft. | 18 | 6.50 | 117.00T |
| Sales Tax | | 6.25% | 34.49 |
| Pay your bills online at:<br>https://www.intuitbillpay.com/keydiscovery | | | |

| Thank you for your business. | **Total** | $586.37 |
|------------------------------|-----------|---------|
| Payment is due upon receipt.<br>Late charges may be applied on past due balances. | **Payments/Credits** | $0.00 |
| Tax ID # 26-2053106 | **Balance Due** | $586.37 |

22



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2013 | 1305001 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 5/6/2013 |

| Bill To |
|---------|
| K&L Gates<br>Christine M. Dolan<br>One Lincoln Street<br>Boston, MA 02111-2950 |

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 5/2/2013 | MAY037 | |
| **Case Name** | **Reference #** | **Contact Name** |
| WBIP Trial | | Stacy Duffy |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| B&W Oversize (2 - 24" x 36" = 12 Sq. Ft.) | 12 | 0.99 | 11.88T |
| Mounting per Sq. Ft. | 12 | 6.50 | 78.00T |
| Sales Tax | | 6.25% | 5.62 |
| Pay your bills online at:<br>https://www.intuitbillpay.com/keydiscovery | | | |

| | |
|---|---|
| Thank you for your business. | **Total** $95.50 |
| Payment is due upon receipt.<br>Late charges may be applied on past due balances. | **Payments/Credits** $0.00 |
| Tax ID # 26-2053106 | **Balance Due** $95.50 |

# 23



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice

| Date | Invoice # |
| --- | --- |
| 5/9/2013 | 1305056 |

| Terms | Due Date |
| --- | --- |
| Due on receipt | 5/9/2013 |

| Bill To |
| --- |
| K&L Gates<br>Christine M. Dolan<br>One Lincoln Street<br>Boston, MA 02111-2950 |

| Project Received | Project # | Client Matter # |
| --- | --- | --- |
| 5/6/2013 | MAY118 | 1402028.00001 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Stacy Duffy |

| Description | Qty | Unit Price | Amount |
| --- | --- | --- | --- |
| Copy, Medium Litigation | 900 | 0.15 | 135.00T |
| Color Copies | 200 | 0.79 | 158.00T |
| 3-ring binder (1")<br>Sales Tax | 5 | 9.99<br>6.25% | 49.95T<br>21.43 |
| Pay your bills online at:<br>https://www.intuitbillpay.com/keydiscovery | | | |

| Thank you for your business. | **Total** | $364.38 |
| --- | --- | --- |
| Payment is due upon receipt.<br>Late charges may be applied on past due balances. | **Payments/Credits** | $0.00 |
| Tax ID # 26-2053106 | **Balance Due** | $364.38 |

24



230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9336

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2013 | 1305062 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 5/9/2013 |

**PAID**
05/21/2013

**Bill To**

K&L Gates
Christine M. Dolan
One Lincoln Street
Boston, MA 02111-2950

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 5/4/2013 | MAY107 | 1402028.00001 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | David Simmons |

| Description | Qty | Unit Price | Amount |
|-------------|-----|-----------|--------|
| Copy, Medium Litigation | 952 | 0.15 | 142.80T |
| Color Copies | 156 | 0.79 | 123.24T |
| Custom Tabs | 64 | 0.75 | 48.00T |
| 3-ring binder (3") | 2 | 19.99 | 39.98T |
| Sales Tax | | 6.25% | 22.13 |
| Pay your bills online at: https://www.intuitbillpay.com/keydiscovery2 | | | |

| | | |
|---|---|---|
| Thank you for your business. | **Total** | $376.15 |
| Payment is due upon receipt. Late charges may be applied on past due balances. | **Payments/Credits** | $-376.15 |
| Tax ID # 26-2053106 | **Balance Due** | $0.00 |