United States District Court
District of Massachusetts

| | |
|---|---|
| WBIP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KOHLER CO., <br><br> Defendant. | Civil Action No. <br> 11-10374-NMG |

## FINAL AMENDED JUDGMENT

This Order amends the Orders entered at Docket Nos. 212, 274 and 280 and constitutes the final judgment in this case. Judgment is entered as follows:

1) in favor of plaintiff WBIP, LLC and against defendant Kohler, Co.; and

2) defendant is ordered to pay plaintiff $8,285,087 based upon the following awards of damages, interest, fees and costs:

   a) $3,625,893 in compensatory damages;

   b) $494,436 in damages corresponding to infringing sales between September, 2012 and May, 2013;

   c) $2,060,164 in enhanced damages;

   d) $423,267 in pre-judgment interest;

   e) $20,882 in taxable costs; and

   f) $1,660,445 in attorneys' fees.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated September 8, 2014