# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WBIP, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11-cv-10374-NMG |
| | ) |
| Kohler Co., | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Kohler Co. appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered May 21, 2013 (Dkt. No. 212), the Final Amended Judgment entered on September 9, 2014 (Dkt. No. 296), and from all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying the judgment in this case.

Dated:   October 7, 2014                    Respectfully submitted,

                                                */s/ Safraz W. Ishmael*
                                                Steven M. Bauer (BBO #542531)
                                                Safraz W. Ishmael (BBO #657881)
                                                Jinnie Reed (BBO #679137)
                                                William D. Dalsen (BBO #689334)
                                                PROSKAUER ROSE LLP
                                                One International Place
                                                Boston, MA  02210
                                                Telephone:  (617) 526-9600
                                                Facsimile:  (617) 526-9899
                                                sbauer@proskauer.com
                                                sishmael@proskauer.com
                                                jreed@proskauer.com
                                                wdalsen@proskauer.com

                                                *Attorneys for Kohler Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2014, I filed the foregoing Notice of Appeal with the Court through this district's CM/ECF system. Pursuant to Local Rule 5.4(c), the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

*/s/ Safraz W. Ishmael*
Safraz W. Ishmael
